IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR408-256
DELONDA WAGERS )
)
Defendant. )
)

## ORDER

The Court has received a letter from Attorney Steinmetz, representing Delonda Wagers in the above case. (Doc. 19.) The letter is considered by the Court to be a sentencing memorandum seeking certain sentencing considerations on behalf of Defendant. The letter also states that Defendant's counsel is available to discuss sentencing with the Court and opposing counsel off the record. (Id. at 1.)

It is not the practice of this Court to discuss sentencing prior to the sentencing hearing with either Defense counsel or the United States Attorney's office. All such matters should be discussed in open court, on the record.

If Defense counsel desires the Court to consider the information contained in his May 18, 2009 letter to the Court, then he should file a proper sentencing memorandum on this subject for the Court's consideration.

SO ORDERED this 19th day of May, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA